IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14CR105  CDP |
| | ) |
| | ) |
| DANIEL HARMON | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Comes now DANIEL HARMON, Defendant , by and through  his attorney Lucy G. Liggett, Assistant Federal Public Defender, and requests leave to file a motion under seal.  The motion is Defendant's Motion to Continue the Sentencing Hearing.

WHEREFORE, Defendant prays this Court grant him leave to file a motion under seal.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail:

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon John Mantovani , Assistant United States Attorney.

/s/ Lucille G. Liggett